IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Philip J. Charvat,          :

    Plaintiff,           :

    v.                   :     Case No. 2:07-cv-1078

Great Atlantic Warranty, Inc.,:     JUDGE MARBLEY
et al.,

    Defendants.          :

## ORDER

Plaintiff has filed a motion for leave to dismiss his claims without prejudice pursuant to Fed.R.Civ.P. 41(a)(2). The motion sets forth good cause and the motion (#37) is therefore granted. The case is DISMISSED without prejudice.

                                                      s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                                    United States District Judge