# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Philip J. Charvat, | : |
|     Plaintiff, | : |
|     v. | :    Case No. 2:07-cv-1078 |
| Great Atlantic Warranty, Inc., et al., | :    JUDGE MARBLEY |
|     Defendants. | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the June 4, 2009 Order, the Court GRANTS Plaintiff's motion for leave to dismiss his claims without prejudice. This case is DISMISSED without prejudice.

Date: **June 4, 2009**        **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk